IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

FREDERICK FORD, JR.                                                                                               PLAINTIFF

v.                                          Case No. 4:19-cv-4159

LARRY BURRIS and
QUALITY DRIVE AWAY, INC.                                                                              DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Voluntary Dismissal Without Prejudice. ECF No. 11. Plaintiff moves the Court to dismiss without prejudice his claims against Defendants. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 18th day of September, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge